# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| BOBBY HENARD,   )   | |
|   ) | |
|   Petitioner,   ) | |
| v.   ) | No. 1:06-cv-478-RLY-TAB |
|   ) | |
| EDDIE BUSS,   ) | |
|   ) | |
|   Respondent.   ) | |

## J U D G M E N T

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that the petitioner take nothing by his petition for a writ of habeas corpus and this action is **dismissed with prejudice.**

Date: 02/27/2007

Laura Briggs, Clerk
United States District Court

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Deputy Clerk, U.S. District Court

Distribution:

Bobby E. Henard
DOC # 902579
Indiana State Prison
P.O. Box 41
Michigan City, IN 46360

Stephanie Lynn Rothenberg
INDIANA STATE ATTORNEY GENERAL
Stephanie.Rothenberg@atg.in.gov